AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Weis, Joseph F | 2. Court or Organization<br><br>COURT OF APPEALS | 3. Date of Report<br><br>5/1/04 |

| | | |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>SR CIRCUIT JUDGE | 5. ReportType (check appropriate type)<br><br>○ Nomination,  Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/03<br>to<br>12/31/03 |

| | |
|---|---|
| 7. Chambers or Office Address<br><br>USPO AND COURTHOUSE<br><br>GRANT STREET<br><br>PITTSBURGH, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
2004 MAY -7 A 11: 03
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing Instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| | | (yours, not spouse's) |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weis, Joseph F | 5/1/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Mellon Bank CD's | A | Interest | | | Redeem | 4/1 | J | | |
| 2. Mellon Bank Account | A | Interest | K | T | | | | | |
| 3. National City Checking | A | Interest | J | T | | | | | |
| 4. Vanguard Inter Muni | D | Dividend | M | T | | | | | |
| 5. Vanguard Long Muni | A | Dividend | | | Sell | 1/3 | L | D | |
| 6. Vanguard Long Insured PA Muni | D | Dividend | | | Sell | 7/22 | N | E | |
| 7. Vanguard Short-Term Tax-Exempt | C | Dividend | M | T | Buy | 1/3 | N | | |
| 8. Vanguard Short-Term Tax-Exempt | | None | | | Sell | 12/15 | L | A | |
| 9. Schwab Money Fund | A | Dividend | J | T | Part Redeem | 12/15 | J | | |
| 10. Vanguard High Muni | B | Dividend | | | Sell | 7/22 | K | A | |
| 11. Tweedy Browne Global Value | | None | | | Sell | 5/27 | K | A | |
| 12. Harbor International | C | Dividend | M | T | | | | | |
| 13. Vanguard Special Energy | B | Dividend | L | T | | | | | |
| 14. Longleaf Partners Small-Cap | A | Dividend | K | T | | | | | |
| 15. Selected American Shares | A | Dividend | K | T | Part Sale | 11/25 | K | A | |
| 16. Westport Select Cap | | None | K | T | | | | | |
| 17. TCW Galileo Select | | None | K | T | Part Sale | 9/30 | K | A | |
| 18. Artisan International (IRA) | | None | | | Sell | 10/28 | K | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Longleaf Partners (IRA) | | None | K | T | | | | | |
| 20. TCW Galileo Select (IRA) | | None | J | T | Part Sale | 12/4 | J | A | |
| 21. Pimco Low Duration (IRA) | A | Dividend | K | T | | | | | |
| 22. Westport Select (IRA) | | None | J | T | Buy | 9/30 | J | | |
| 23. Thornburg International Value (IRA) | | None | K | T | Buy | 10/29 | K | | |
| 24. Longleaf Partners | | None | L | T | | | | | |
| 25. Artisan Mid Cap | | None | K | T | Buy | 9/30 | J | | |
| 26. Oakmark Select | A | Dividend | K | T | Buy | 11/25 | J | | |
| 27. FPA Capital | A | Dividend | K | T | | | | | |
| 28. Oakmark International | A | Dividend | K | T | Buy | 9/30 | J | | |
| 29. Legg Mason Value | | None | K | T | Buy | 5/28 | K | | |
| 30. FPA New Income | B | Dividend | M | T | Buy | 7/22 | M | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$100,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Weis, Joseph F

Date of Time

5/7/04

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____        Date_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544